NUMBER
13-10-00411-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

KEN FLEMING AND PAUL
BARRETT,

DIRECTORS OF FAMILY
LIFE REVIVAL

CENTER, INC.,                                                                      APPELLANTS,

 

                                                             v.

 

CHARLES EDWARD BARBER,


DIRECTOR OF FAMILY
LIFE REVIVAL

CENTER, INC.,                                                                             APPELLEE.


____________________________________________________________

 

                            On
appeal from the 13th District Court 

                                       of
Navarro County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                                Before Justices Vela, Perkes, and Hill[1] 

Memorandum Opinion
Per Curiam

 

Appellants,
Ken Fleming and Paul Barrett, perfected an appeal from a judgment entered by
the 13th District Court of Navarro County, Texas, in cause number 07-16291-CV.  The parties have filed a
joint motion to dismiss on grounds that all matters in controversy between them
in this cause have been fully compromised and settled.  The parties request that
this Court dismiss the appeal.  

The
Court, having considered the documents on file and the joint motion to dismiss,
is of the opinion that the motion should be granted.  See Tex. R. App. P. 42.1(a).  The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.  In
accordance with the agreement of the parties, costs are taxed against the party
incurring same. See Tex. R. App.
P. 42.1(d) ("Absent agreement of the parties, the court will tax
costs against the appellant.").  Having dismissed the appeal at appellants’
request, no motion for rehearing will be entertained, and our mandate will
issue forthwith.

 

 

PER
CURIAM

Delivered and filed the  

14th day of April, 2011.      









                        [1] 
Retired
Second Court of Appeals Justice John G. Hill assigned to this Court by the
Chief Justice of the Supreme Court of Texas pursuant to the government code. See
TEX. GOV’T CODE ANN. § 74.003 (Vernon 2005).